**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PEREZ, an individual,<br>Plaintiff,<br>v.<br>HOME DEPOT, U.S.A., INC., ET. AL.<br>Defendants. | Case No 2:26−cv−07431−WLH−AJR<br>**ORDER RE DISMISSAL [12][13]** |

On August 19, 2026, Plaintiff Matthew Perez filed a Joint Stipulation for Dismissal ("Stipulation"), stating the parties have reached a settlement and requesting the court dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii). Having considered the Stipulation and Finding good cause therefore, the court herby **ORDERS**:

1. All dates and deadlines governing this action are **VACATED**. The court's Order to Show Cause is **DISCHARGED**.

2. The Court **DISMISSES** the action with prejudice.

**IT IS SO ORDERED.**

Dated: September 1, 2026

Hon. Judge Wesley L. Hsu
U.S. District Judge